**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  14-MJ-00129-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  SHOSHANA TOM,**

**Defendant.**

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Court previously appointed John Baxter to assist the Federal Public Defender locally in this matter, however, Mr. Baxter advised he was unable to due so, therefore:

**IT IS HEREBY ORDERED** that the appointment of Mr. Baxter is rescinded and Thomas R. Williamson is appointed to represent the Defendant locally.

**DATED: September 5, 2014.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**