IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Action No. 14-MJ-00129-DLW

UNITED STATES OF AMERICA

Plaintiff,

v.

SHOSHANA TOM,

Defendant.

---

ORDER FOR FURLOUGH

---

ORDER OF MAGISTRATE JUDGE DAVID L. WEST:

    IT IS HEREBY ORDERED that the above-named Defendant be granted a furlough from the La Plata County Jail on September 18, 2014 and she shall be released into the custody of her mother, Beverly Cuthair, at 9:00 a.m to travel to an appointment at Ute Mountain Ute Counseling at 10:00 a.m. and an appointment for mental health exam at 11:20 a.m. and shall be returned to the La Plata County Jail by 3:00 p.m.

    IT IS FURTHER ORDERED that the above-named Defendant be granted a furlough from the La Plata County Jail on September 22, 2014 at 9:15 a.m. to travel to Indian Health Services for an appointment and be returned to the La Plata County Jail at 3:00 p.m.

    Dated: September 15, 2014.

BY THE COURT:

_____
David L. West
United States Magistrate Judge